IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLYNNON EVINS,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>Ben Curry, Warden,<br><br>　　　　　　　　　　　Respondent. | C 07-6131 JF<br><br>**[PROPOSED] ORDER** |

　　　GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including July 31, 2008, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jeremy Fogel