**E-filed 7/7/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLYNNON EVINS,<br><br>                                    Petitioner,<br><br>v.<br><br>Ben Curry, Warden,<br><br>                                    Respondent. | C 07-6131 JF<br><br>[PROPOSED] ORDER |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including July 31, 2008, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated:  ___7/7/08___                    _____
                                         The Honorable Jeremy Fogel