1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  JULIE L. GARLAND
   Senior Assistant Attorney General
4  JENNIFER A. NEILL
   Supervising Deputy Attorney General
5  AMANDA J. MURRAY, State Bar No. 223829
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5741
    Fax:  (415) 703-5843
8   Email:  Amanda.Murray@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE DIVISION

14

15 **GLYNNON EVINS,**                         C 07-6131 JF

                              Petitioner,    **RESPONDENT'S NOTICE OF**
16                                           **MOTION AND MOTION TO**
                                             **DISMISS; SUPPORTING**
17       v.                                  **MEMORANDUM OF POINTS**
                                             **AND AUTHORITIES**
   **BEN CURRY, Warden,**
18
                              Respondent.    Judge:    The Honorable
19                                                     Jeremy Fogel

20       **TO PETITIONER GLYNNON EVINS, IN PRO PER:**

21       **PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 2254 and Rule 4 of the Rules

22 Governing § 2254 Cases in the United States District Courts, Respondent[1/] moves the Court for

23 an order dismissing the above-entitled action on the ground that Petitioner Evins's claims are

24 _____

25       1. The proper respondent in this action is Warden Ben Curry. *Stanley v. Cal. Supreme*
   *Court,* 21 F.3d 359, 360 (9th Cir. 1994) (holding that the warden where petitioner is incarcerated is
26 the proper respondent); Rule 2(a), 28 U.S.C. § 2254. Because the actions complained of in this
27 Petition concern the Governor's decision to deny parole, he is used interchangeably with Respondent
   in this Motion to Dismiss and supporting Memorandum of Points and Authorities for convenience
28 only.

   Resp't's Not. of Mot. & Mot. to Dismiss; Supporting Mem. of P. & A.              *Evins v. Curry*
                                                                                    C 07-6131 JF

1  barred by the applicable one-year statute of limitations.

2      This motion is based on the notice and motion; the supporting memorandum of points and

3  authorities and exhibits; and the pleadings, records, and files in this action.

4                    **MEMORANDUM OF POINTS AND AUTHORITIES**

5                                  **INTRODUCTION**

6      Petitioner Glynnon Evins, a California state prisoner, is challenging the Governor's June 2,

7  2006 decision denying him parole.  This Court should dismiss the petition because Evins's

8  claims are barred by the applicable one-year statute of limitations.

9                                     **ARGUMENT**

10                                         **I.**

11                 **EVINS'S CLAIMS ARE BARRED BECAUSE HIS FEDERAL**
                  **PETITION WAS NOT FILED UNTIL AFTER THE APPLICABLE**
12                **ONE-YEAR LIMITATIONS PERIOD EXPIRED.**

13     AEDPA provides a one-year statute of limitations in which to file a federal habeas petition,

14  which begins to run on "the date on which the factual predicate of the claim or claims presented

15  could have been discovered through the exercise of due diligence." 28 U.S.C. § 2244(d)(1)(D);

16  *Malcom v. Payne*, 281 F.3d 951, 955 (9th Cir. 2002).  The statute of limitations is tolled only

17  during the period that the petitioner is seeking state collateral review of his claims beginning

18  when the petitioner files his first state habeas petition in superior court until the state supreme

19  court denies his final habeas petition.  28 U.S.C. § 2244(d)(2); *Nino v. Galaza*, 183 F.3d 1003,

20  1006 (9th Cir. 1999).  Here, the statute should begin running on June 2, 2006, the date Evins

21  received the Governor's decision to reverse the Board's decision granting him parole.  *See Redd*

22  *v. McGrath*, 343 F.3d 1077, 1084-85 (9th Cir. 2003); (Ex. A, Governor's Reversal.)  The time

23  between the date the Governor denied him parole and when Evins filed his superior court petition

24  on September 28, 2006, was 118 days.  (Ex. A; Ex. B, Superior Court Pet.)  Additionally, the

25  time between the California Supreme Court's denial of his petition on February 28, 2007, and the

26

27

28

1  filing of his federal petition on November 12, 2007[2/], was 257 days.  *See* 28 U.S.C. § 2244(d)(2);

2  (Pet.; Ex. C, California Supreme Court Pet.).  Therefore, adding up the total days of untolled time

3  (118 + 257 = 375) and subtracting one year (375 - 365), Evins's federal petition was filed 10

4  days after the one-year statute of limitations had expired.  Accordingly, this Court should dismiss

5  the petition as being untimely.

6  **CONCLUSION**

7      Evins's Petition should be dismissed because he failed to meet his deadline of filing his

8  federal habeas petition within a year of the date he received the Governor's decision.

9  Accordingly, Respondent respectfully requests the petition be dismissed.

10     Dated:  July 21, 2008

11                              Respectfully submitted,

12                              EDMUND G. BROWN JR.
                                Attorney General of the State of California

13                              DANE R. GILLETTE
                                Chief Assistant Attorney General

14
                                JULIE L. GARLAND
15                              Senior Assistant Attorney General

                                JENNIFER A. NEILL
16                              Supervising Deputy Attorney General

17

18

19

20                              AMANDA J. MURRAY
                                Deputy Attorney General
21                              Attorneys for Respondent

22
    20123629.wpd
23  SF2008401599

24

25

26  _____

27      2.  A proof of service was not attached to Respondent's copy of Evins's federal petition.
    Thus, Respondent relies on the date Evins signed the memorandum of points and authorities attached
28  to his petition, November 12, 2006.  The Petition was filed December 4, 2007.

Resp't's Not. of Mot. & Mot. to Dismiss; Supporting Mem. of P. & A.                    *Evins v. Curry*
                                                                                      C 07-6131 JF

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Evins v. Curry**

No.:  **C 07-6131 JF**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 22, 2008**, I served the attached

### RESPONDENT'S NOTICE OF MOTION AND MOTION TO DISMISS; SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Glynnon Evins, D-24948**
**Correctional Training Facility**
**P.O. Box 689**
**GW-350L**
**Soledad, CA 93960-0686**
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 22, 2008**, at San Francisco, California.

|  |  |
|---|---|
| M.M. Argarin | _M. M. Argarin_ |
| Declarant | Signature |

20126357.wpd